1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. ANDERSON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2758

**FILED**

JUL 2 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | S.W. NO. 12-SW-223-GGH |
| 20175 and 20154 Sherman Island E LE Road, Rio Vista, CA. | [PROPOSED] ORDER FOR UNSEALING WARRANT AND SEARCH WARRANT AFFIDAVIT |

The government's request to unseal the Search Warrant and this case is GRANTED.

SO ORDERED:

DATED: July 20, 2012

HON. KENDALL J. NEWMAN
U.S. Magistrate Judge